UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NANCY PAPAIOANNOU,

                              Plaintiff,                    **24 Civ. No. 3383 (JGLC)**

          -against-                                    **PRE-SETTLEMENT**
                                                                             **CONFERENCE ORDER**

NEW YORK COMMUNITY
BANCORP, INC.,

                              Defendant.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, November 18, 2025 at 2:30 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 110 079 22#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

        **SO ORDERED.**

DATED:     New York, New York
                November 6, 2025

                                                                                       _____
                                                                              The Honorable Gary Stein
                                                                              United States Magistrate Judge